

# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the 170th District Court of McLennan County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on August 11, 2015, the cause upon appeal to revise or reverse your judgment between

**William Franklin and Judith Franklin v. Oncor Electric Delivery Company, LLC**

**Case Number:  07-15-00006-CV Trial Court Number:  2011-2709-4**

was determined and therein our said Court made its order in these words:

Pursuant to the opinion of the Court dated August 11, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellants pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on October 30, 2015.

*Vivian Long*
VIVIAN LONG, CLERK

